# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION
#### 1:19 CR 24

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| KEITH ERIC SAUNDERS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

This matter is before the Court on Defendant's Motion to Seal Motion for Issuance of Subpoena Duces Tecum Pursuant to Federal Rule of Criminal Procedure 17(c) & (d) (Doc. 47) ("Motion to Seal") which requests the sealing of Defendant's Motion for Issuance of Subpoena Duces Tecum Pursuant to Federal Rule of Criminal Procedure 17(c) &(d) (Doc. 46) ("Application").

In evaluating a motion to seal, the Court must "(1) provide public notice of the request to seal and allow interested parties a reasonable opportunity to object, (2) consider less drastic alternatives to sealing the documents, and (3) provide specific reasons and factual findings supporting its decision to seal the documents and for rejecting the alternatives." Ashcraft v. Conoco, Inc., 218 F.3d 288, 302 (4th Cir. 2000).

The undersigned has considered the Motion to Seal, the public's interest in access to the Application, and alternatives to sealing. The Application seeks

1

information to be used in connection with Defendant's sentencing, which is currently not scheduled. While the Motion to Seal and the Application have only been on the docket a short time, the undersigned agrees that sealing of the Application is appropriate and that less restrictive means of handling the information are not sufficient as the filing contains personal information concerning a minor involved in this matter, which information is ordinarily placed under seal. See 18 U.S.C. § 3509(d)(2).

**IT IS THEREFORE ORDERED THAT** Defendant's Motion to Seal (Doc. 47) is **GRANTED**, and the Application (Doc. 46) is **SEALED** and shall remain sealed until further Order of the Court, provided however that the minor and her parent or legal guardian may be given a copy of the Application as directed by the undersigned's separate Order entered contemporaneously herewith.

Signed: July 1, 2020

W. Carleton Metcalf
United States Magistrate Judge

2