IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:19 CR 24 MR WCM

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| KEITH ERIC SAUNDERS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

This matter is before the Court on the "Motion to Seal Objection and Motion to Quash Issuance of Subpoena and Memorandum in Support of Objection and Motion to Quash" (Doc. 52) filed by the victim, and the "Motion to Seal Government's Response to Defendant's Motion for Subpoena Duces Tecum" (Doc. 56) filed by the Government (collectively, "Motions to Seal").

In brief, the Motions to Seal seek the sealing of the responses by the victim and the Government to Defendant's Motion for Issuance of Subpoena Duces Tecum Pursuant to Federal Rule of Criminal Procedure 17(C) & (D) (Doc. 46).

In evaluating a motion to seal, the Court must "(1) provide public notice of the request to seal and allow interested parties a reasonable opportunity to object, (2) consider less drastic alternatives to sealing the documents, and (3) provide specific reasons and factual findings supporting its decision to seal the

documents and for rejecting the alternatives." Ashcraft v. Conoco, Inc., 218 F.3d 288, 302 (4th Cir. 2000).

The undersigned has considered the Motions to Seal, the public's interest in access to the subject filings, and alternatives to sealing. Though the Motions to Seal have only been on the docket a short time, the undersigned agrees that sealing of the subject filings is appropriate and that less restrictive means of handling the information are not sufficient as the filings contain personal information concerning a minor victim. See e.g., 18 U.S.C. § 3509(d)(2).

**IT IS THEREFORE ORDERED THAT** the "Motion to Seal Objection and Motion to Quash Issuance of Subpoena and Memorandum in Support of Objection and Motion to Quash" (Doc. 52) filed by the victim and the "Motion to Seal Government's Response to Defendant's Motion for Subpoena Duces Tecum" (Doc. 56) filed by the Government are **GRANTED**, and documents 53, 54, & 55 are hereby **SEALED** and shall remain sealed until further Order of the Court.

Signed: August 6, 2020

W. Carleton Metcalf
United States Magistrate Judge