IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>vs.<br><br>KEITH ERIC SAUNDERS,<br><br>*Defendant.* | DOCKET NO. 1:19 CR 24<br><br>**NOTICE OF APPEAL** |

Keith Eric Saunders, by and through undersigned counsel, hereby gives notice pursuant to Rule 4(b) of the Federal Rules of Appellate Procedure, that he is appealing both the conviction and sentence entered by the Honorable Martin Reidinger on December 14, 2020 to the United States Court of Appeals for the Fourth Circuit.

Respectfully submitted:

s/ Emily M. Jones
Emily M. Jones
N.C. Bar No. 35720
Assistant Federal Public Defender
Attorney for Keith Eric Saunders
Federal Public Defender for the Western District of North Carolina
1 Page Avenue, Suite 210
Asheville, NC  28801
Phone:  (828) 232-9992
Fax:  (828) 232-5575
emily_m_jones@fd.org

DATE:  December 21, 2020